UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE ISREAL SANCHEZ,<br>CDCR #BC-0031,<br><br>                    Plaintiff,<br><br>vs.<br><br>GEORGE BAILEY JAIL,<br><br>                    Defendant. | Case No.: 24cv0134-AJB (LR)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

On January 16, 2024, Plaintiff Josue Israel Sanchez, a state prisoner incarcerated at Corcoran State Prison in Corcoran, California, filed this civil rights action pursuant to 42 U.S.C. § 1983 accompanied by a Motion to proceed In Forma Pauperis ("IFP"). (ECF Nos. 1-2.) Plaintiff claimed his due process rights were violated when his legal materials were destroyed during a transfer to the George Bailey Jail in San Diego, California. (ECF No. 1 at 3.)

On February 14, 2024, the Court granted Plaintiff leave to proceed IFP and dismissed the Complaint without prejudice for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A(b). (ECF No. 3.) The Court found the Complaint failed to state a federal due process claim because Plaintiff had an adequate state post-deprivation remedy for the loss of property, failed to state an access

to courts claim because it failed to allege an actual injury arising from the loss of legal materials, and failed to name a proper Defendant. (*Id*. at 4-6.) Plaintiff was granted leave to amend on or before April 1, 2024, and specifically instructed that if he failed to file an Amended Complaint within the time provided the Court will enter a final Order dismissing this civil action based both on Plaintiff's failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b)(1), and his failure to prosecute in compliance with a court order requiring amendment. (*Id*. at 7-8, citing *Lira v. Herrera*, 427 F.3d 1164, 1169 (9th Cir. 2005) ("If a plaintiff does not take advantage of the opportunity to fix his complaint, a district court may convert the dismissal of the complaint into dismissal of the entire action.") On March 20, 2024, the Court extended the time to amend on Plaintiff's motion until May 1, 2024. (ECF No. 5.) To date, Plaintiff has not filed an Amended Complaint.

Accordingly, the Court **DISMISSES** this action without prejudice. The Clerk of Court shall enter judgment accordingly.

**IT IS SO ORDERED**.

Dated: June 5, 2024

Hon. Anthony J. Battaglia
United States District Judge